Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8521

The person charged as Gabino VARGAS-Barragan now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Northern District of California with Deported Alien Found in the United States, in violation of Title 8, United States Code, 1326.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 6-9-08.

[signature]

Ringo Rosas
(Name)

Reviewed and Approved:

Dated: 6-9-08

[signature]

Assistant United States Attorney

FILED
JUN 09 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Gabino VARGAS-Barragan

WARRANT FOR ARREST

08 70037 HRL

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gabino VARGAS-Barragan and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment () Information (x) Complaint
() Order of Court () Violation Notice () Probation Violation Petition

charging him or her with

unlawfully re-entering and being found in the United States after deportation, without the permission of the Attorney General,

in violation of Title 8 United States Code, Section(s) 1326.

Howard R. Lloyd
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

January ~~22~~ 24, 2008, San Jose, CA
Date and Location

Bail fixed at: no bail

by Howard R. Lloyd
Name of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA 2008 JAN 24 AM 11: RECEIVED

| RETURN ORIGINAL WARRANT HELD BY | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at U.S. MARSHALS, SAN JOSE<br>EL CENTRO, CA | NOTIFY ABOVE OFFICE UPON ARREST | DO NOT MAIL RETURN ON THIS COPY |
| Date received 6/6/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 6/6/08 | | Deportation Officer |

AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Filed
JAN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

Gabino VARGAS-Barragan

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

08 70037 HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, May 23, 2007, in Monterey County in the Northern District of California defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) Deportation Officer (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: ______________________
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

______________________
Signature of Complainant

Sworn to before me and subscribed in my presence,

1/24/08 at San Jose, California
Date City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

______________________
Signature of Judicial Officer

**RE:** Gabino VARGAS-Barragan **A28 800 759**

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Gabino VARGAS-Barragan, is a 53-year-old married male, citizen and native of Michoacan, Mexico, born on February 25, 1954, as substantiated by multiple sworn statements made to that effect by the DEFENDANT on both February 20, 2004, at the West Valley Detention Center to Special Agent W. Chavez and more recently on May 23, 2007, at Soledad State Prison to Immigration Enforcement Agent David Picazo of the DRO/ICE Sub-Office in San Jose, CA;

(2) The DEFENDANT has been assigned Alien Registration number of A28 800 759, FBI number of 065472W5, and California Criminal State ID Number of A07111225;

(3) On April 28, 1988, the DEFENDANT was convicted in the Superior Court of California/County of San Bernardino, for the offense of: UNLAWFUL DRIVING OR TAKING OF A VEHICLE, a felony, in violation of California Vehicle Code Section 10851(A) and sentenced to eight days in jail;

(4) On March 28, 1989, the DEFENDANT was convicted in the Superior Court of California/County of San Bernardino, for the offense of: POSSESSION OF MARIJUANA FOR SALE, a felony, in violation of California Health & Safety Code Section 11359 and sentenced to four years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(5) On October 28, 1993, the DEFENDANT was convicted in the Superior Court of California/County of San Bernardino, for the offense of: POSSESSION FOR SALE A CONTROLLED SUBSTANCE/METHAMPHETAMINE, a felony, in violation of California Health & Safety Code Section 11378 and sentenced to twelve years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(6) On September 28, 1999 the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director San Diego, California and ordered deported from the United States to Mexico;

(7) On January 8, 2000, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director Los Angeles, California and ordered deported from the United States to Mexico;

(8) On May 11, 2004, the DEFENDANT was convicted in the Superior Court of California/County of San Bernardino, for the offense of: POSSESSION FOR SALE A CONTROLLED SUBSTANCE/METHAMPHETAMINE, a felony, in violation of California Health & Safety Code Section 11378 and given a suspended sentenced of five years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(9) On June 15, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director Los Angeles, California and ordered deported from the United States to Mexico;

(10) On August 30, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director San Diego, California and ordered deported from the United States to Mexico;

(11) On March 29, 2006, the DEFENDANT was convicted in the Superior Court of California/County of San Bernardino, for the offense of: VIOLATION OF PAROLE, a felony, in violation of California Penal Code Section 3056, and sentenced to three years in jail;

(12) On, May 23, 2007, the DEFENDANT was encountered by IEA David Picazo, at the Soledad State Prison, and determined to be unlawfully present in the United States after a prior deportation. IEA David Picazo then advised the DEFENDANT his **Miranda** rights in the Spanish language. After the reading of his **Miranda** rights, the DEFENDANT provided a written statement admitting alienage;

(13) On May 23, 2007, the DEFENDANT provided his right thumb and right index fingers with his sworn statement. A latent print examiner with the Santa Clara County Sheriff's Department conducted a comparison of those same fingerprints on the copies of the executed Warrants of Deportation and his existing fingerprints on file. The latent print examiner determined that the fingerprints were identical and were those of DEFENDANT Gabino VARGAS-Barragan;

A28 800 759

**RE:** Gabino VARGAS-Barragan

(14) The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(15) Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 24 day of Jan 2007

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE