Warrant of Removal (After Waiver of Hearing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Gabino VARGAS-Barragan

Magistrate Case No. **08MJ8521**

**WARRANT OF REMOVAL**
**(After Waiver of Hearing)**

To: United States Marshal

A complaint having been filed in the Northern District of California, charging defendant Gabino VARGAS-Barragan alleging violation of Title 8, United States Code, 1326, Deported Alien Found in the United States, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Northern District of California and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

PETER C. LEWIS SEAL
PETER C. LEWIS
United States Magistrate Judge

Dated at El Centro, California, this 10th day of June, 2008.

RETURN

Northern District of California (at San Jose, CA) ss

Received the within warrant of removal the _______ day of ___________, 2008, and executed same.

RECEIVED 2008 JUN 12 P 1:55 U.S. MARSHALS SERVICE EL CENTRO OFFICE

U. S. Marshal

By _______________ Deputy Marshal