# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED JUL 01 2008 AM 8:44

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

June 16, 2008

Clerk, U.S. District Court
Norther District of California
450 Golden Gate Ave.
San Francisco, CA 94102

5-08-70037-HRL

Re: 08mj8521, USA v. Vargas-Barragan

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- [x] Docket Sheet
- [x] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [ ] Other ______
- [x] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [x] Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ______
, Deputy Clerk
J. PARIS